581 A.2d 1377

Evelyn **MORGANSTEIN, Executrix of the Last Will and Testament of Morton Morganstein, Deceased,**

v.

**Benjamin HOUSE, M.D., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1990.

Decided Nov. 9, 1990.

Stanley P. Stahl, Allan C. Molotsky, Barbara S. Magen, Philadelphia, for appellant.

Keith S. Erbstein, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.

FLAHERTY and CAPPY, JJ., dissent.